**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARQUITA DAVIS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ASPIRE LIFESTYLES (AMERICAS) INC.,

Defendant.

Case No. 1:24-cv-02343

COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)

**ORDER APPROVING SETTLEMENT AND DISMISSAL OF LAWSUIT WITH PREJUDICE**

After a review of Plaintiff's Unopposed Motion for Approval of Settlement and the Master Settlement Agreement Regarding Stipulated Collective Action ("Settlement Agreement"), the Court is satisfied that the settlement reached is a "fair and reasonable resolution of a bona fide dispute" under the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982); 29 U.S.C. § 216.

It is therefore, this 16th day of October, 2025, Ordered and Adjudged as Follows:

1. The Settlement Agreement is APPROVED, including, but not limited to, the Collective Representative's Service Award of $5,000.00, the Collective Counsel Payment of 33.33% of the Gross Settlement Amount, reimbursement of Collective Counsel's costs in the amount of $100,000.00, Settlement Administration Expenses not to exceed $25,000.00 LMB and the notice process described in the Settlement Agreement.

2. That for sole purposes of settlement, an FLSA collective action is further certified, consisting of the following:

ALL CURRENT AND FORMER HOURLY LIFESTYLE CONSULTANTS, LIFESTYLE CONCIERGES, CUSTOMER SERVICE REPRESENTATIVES, OR SIMILAR JOB TITLES WHOSE PRIMARY JOB DUTY WAS TO HANDLE INBOUND PHONE CALLS AND COMPLETE RESEARCH FOR MEMBERS REQUESTING PERSONAL SERVICES,[1] WHO WORKED FOR ASPIRE ANYWHERE IN THE UNITED STATES, AT ANY TIME FROM DECEMBER 23, 2021, THROUGH THE DATE OF SETTLEMENT APPROVAL BY THE COURT ("FLSA Collective" or "FLSA Collective Members").

IT IS FURTHER ORDERED that:

- All capitalized terms not otherwise defined in this Order shall have the same meaning ascribed to them in the Settlement Agreement;
- Simpluris will serve as Settlement Administrator in providing notice and administration services pursuant to the Settlement Agreement, and is hereby authorized to establish a Qualified Settlement Fund under 26 C.F.R. § 1.468B-1;
- Named Plaintiff is appointed as the Collective Representative for the Collective; and
- Johnson Becker, PLLC (including Jacob R. Rusch and Zachary S. Kaylor) are approved as Collective Counsel for the Collective.

IT IS FURTHER ORDERED that the form and content of the Collectice Notice attached to the Settlement Agreement as Exhibit B is adequate, proper, comports with Due Process, and is hereby approved and authorized for distribution to Collective Members;

IT IS FURTHER ORDERED that Counsel for the Parties are hereby authorized to jointly use all reasonable procedures in connection with the administration of the Settlement that are not materially inconsistent with this Order or the Settlement Agreement, including making, without further approval of the Court, minor agreed changes to the form or content of the Collective Notice,

---

[1] These services include, among others, making dining reservations and arranging culinary experiences; providing creative gifting services; offering personal shopping and retail benefits; arranging fitness and lifestyle services (e.g. spa, wellness, personal trainers); arranging home services (pet sitting, lawn care, contractors); granting access to top restaurant and private chef experiences; curating dining guides; organizing travel packages; offering travel rewards and privileges; and providing access to sporting, entertainment, music, and fashion events.

minor agreed changes to the Settlement Administration Expenses, and minor agreed changes to other exhibits that are reasonable or necessary.

IT IS FURTHER ORDERED that this case be and is DISMISSED with Prejudice and without any award of attorney fees or costs, except as provided in the approved Settlement Agreement. This Court will maintain jurisdiction over the administration of the Settlement Agreement.

/s/ LMB
Leonie M. Brinkema
United States District Judge